# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                             4:15-CR-00035-01-SWW

JESUS GARCIA MARTINEZ

## ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release (Doc. No. 119) is DENIED.

On March 8, 2016, Defendant pled guilty to conspiracy to possess with intent to distribute cocaine and heroin.[1] On October 6, 2016, he was sentenced to 120 months in prison.[2]

Defendant asserts that he is entitled to compassionate release because he was confused at plea and sentencing and did not know he would be sentenced to 120 months. However, Defendant's plea agreement (which he initialed next to "not fewer than 10 years") sets out the mandatory minimum and the Court advised him of the same. Defendant also asserts that he was told that he would be sentenced to no more than ten years. Consistent with his understanding, he did not receive more than ten years. Finally, these issues were already addressed when the Court denied

---

[1] Doc. Nos. 68, 69.

[2] Doc. Nos. 92, 95.

Defendant's § 2255 petition in 2017.³ Accordingly, Defendant has provided no grounds to warrant compassionate release.

      IT IS SO ORDERED, this 17th day of December, 2021.

                                      /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE

---

³ Doc. No. 104.